# *PAUL A. KLAPHEKE, CCR, CLVS*

**Invoice**

**EIN  35-2285401**

**3011 Whiteway Avenue**
**Louisville, KY  40205**
**(502) 458-1755**

| Date | Invoice # |
|------|-----------|
| 3/21/2018 | 3971 |

| Bill To |
|---------|
| Robyn Smith, Esq.<br>Abney Law Office<br>624 W. Main Street, Suite 500<br>Louisville, KY 40202 |

| RE:  Gloria Marshall vs. |
|------|
| The Rawlings Company, et al |

| Description | Qty | Amount |
|-------------|-----|--------|
| E-Transcript Copy Deposition of<br>   Joan O'Brien<br>     taken March 20, 2018 | * | 480.40 |
| Please remit to above address. | **Total** | **$480.40** |

## KLAPHEKE REPORTING SERVICE
## REPORTING * VIDEO * SYNC'D

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| INVOICE NO: | 00001275 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

J. Chris Sanders
J. Chris Sanders
517 West Ormsby Avenue
Louisville, KY 40203

Phone:   (502) 814-0094

*csanders@chrissanderslaw.com*

Dena Legg, RDR, CRR
Official Court Reporter
Gene Snyder U.S. Courthouse
601 West Broadway, Room 232
Louisville, KY 40202

Phone:     (502) 625-3778

Tax ID:   27-1364579
*dena_legg@kywd.uscourts.gov*

| | | DATE ORDERED: 03-29-2018 | DATE DELIVERED: 03-29-2018 |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | |

**Case Style:** 3:14-CV-00359-TBR, MARSHALL v The Rawlings Company, et al.
Transcript of testimony of George Rawlings (Volume 1) at jury trial
before Judge Russell on 03/28/2018 and D. Ford and K. Barrens (03/29/18)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | 119 | 1.20 | 142.80 | | 0.90 | | 142.80 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | **TOTAL:** | 142.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | **TOTAL DUE:** | **$142.80** |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:  *Dena Legg* | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

**United States District Court**
**Louisville**

Date: 03/30/2018
Invoice Number: 201800023

To:

**Robyn R. Smith**
624 West Main Street, Suite 500
Louisville, Kentucky, 40202
**Email:** robyn@abneylegal.com

Make Checks Payable To:

**April R. Dowell, RMR, CRR**
**Official US KYWD Court Reporter**
601 West Broadway, Room 232
Louisville, Kentucky, 40202
**Phone:** (502) 625-3779
**Email:** april_dowell@kywd.uscourts.gov

## Case Details:

**Case Number:** 3:14-cv-359-TBR
**Case Title:** Gloria Marshall vs. The Rawlings Company, et al.
**Case Description:** Daily trial transcript: Mike Elsner and George Rawlings, Vol. II
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 26, 2018
**Courthouse:** Louisville
**Judge Hearing Case:** Thomas B. Russell

## Transcripts:

**Date Ordered:** Mar 27, 2018
**Date Delivered:** Mar 29, 2018
**Transcripts Requested By:** Robyn Smith

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 94 | $6.05 | $568.70 |
| Daily 1st Copy | 23 | $1.20 | $27.60 |

**Total:** $596.30

**Amount Due:** $596.30

*/s/ April Dowell*